UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC.,

*Plaintiff,*

v.

COLUMBIA SC HOSPITALITY, LLC, *et. al.*,

*Defendants.*

Civil Action No. 17-13020

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying Opinion, and for good cause shown,

IT IS on this 22nd day of June, 2018,

ORDERED that Plaintiff's motion for default judgment (D.E. 12) is **DENIED WITHOUT PREJUDICE**; and it is further

ORDERED that Plaintiff may file an amended motion that cures the deficiencies described in the accompanying Opinion within **THIRTY (30) DAYS** of receipt of this Order and the accompanying Opinion.

John Michael Vazquez, U.S.D.J.